**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **RIDGE CORPORATION**, | : | |
| | : | |
| Plaintiff, | : | Case No.: 22-cv-4433 |
| | : | |
| v. | : | Judge Watson |
| | : | |
| **PIYUSH MUNDADA,** *et al*., | : | Magistrate Judge Vascura |
| | : | |
| Defendants. | : | |

### NOTICE OF APPEARANCE OF COUNSEL

Greg R. Mansell, of Mansell Law, LLC, hereby gives notice of his appearance as counsel for Defendant Piyush Mundada in this matter.

Respectfully submitted,

/s/ *Greg R. Mansell*
Greg R. Mansell (0085197)
*Greg@MansellLawLLC.com*
**Mansell Law LLC**
1457 S. High St.
Columbus, Ohio 43207
Ph: (614) 796-4325
Fax: (614) 547-3614

**Counsel for Defendant Mundada**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 4, 2023, I electronically filed the foregoing with the Clerk of Court by using the ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Greg R. Mansell*
Greg R. Mansell (0085197)